UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*FILED*
*08 FEB 27 PM 5: 04*
*SOUTHERN DISTRICT*
*OF INDIANA*
*LAURA A. BRIGGS*
*CLERK*

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JUAN ANTONIO CORONA-GONZALEZ<br>a/k/a "Juan Ramon Ramirez,"<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CAUSE NO. 1:08-cr-*0 34 -0F4-KPF* |

## I N D I C T M E N T

The Grand Jury charges that:

On or about February 13, 2008, in the Southern District of Indiana, Indianapolis Division,

JUAN ANTONIO CORONA-GONZALEZ a/k/a "Juan Ramon Ramirez," defendant herein, did

knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II, Non-Narcotic Controlled Substance, in

violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

TIMOTHY M. MORRISON
Acting United States Attorney

By: _____
Michelle P. Jennings
Assistant United States Attorney