UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:08-cr-00034-JRS-MJD |
| JUAN CORONA-GONZALEZ, | ) -01 | |
| Defendant. | ) | |

## ENTRY

Defendant filed a motion for compassionate release, dkt. 157, and the Court ordered briefing on the motion, dkt. 158. Following the filing of the response from the United States, the Defendant was given 21 days to file any reply. *Id.*

The United States filed its response on January 3, 2024, dkt. 163, and 21 days passed without the Court receiving a reply from the Defendant. Accordingly, the Court addressed the Defendant's motion and issued an order denying compassionate release. Dkt. 164.

One day after issuing that order, the Court received the Defendant's reply. The reply is belated, however the Court has reviewed the reply and determined that nothing contained within the reply alters the Courts decision in its order.

Date: 3/7/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel


Juan Antonio Corona-Gonzalez
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436